**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
                                                          :
STRIKE 3 HOLDINGS, LLC,                                   :
                                                          :
                        Plaintiff,                        :
                                                          :
            vs.                                           :
                                                          :
JOHN DOE subscriber assigned IP address                   :
108.41.6.243,                                             :
                                                          :
                        Defendant.                        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/27/25_

Case No. 7:25-cv-04675-NSR-VR

*MEMO ENDORSED*

### MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 06/24/2025

Plaintiff's request seeking leave to file a
third-party subpoena prior to a Rule 26(f)
Conference is granted. The Clerk of Court
is kindly directed to terminate the motion
at ECF No. 8.
Dated: June 27, 2025
        White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

Respectfully submitted,

By:    /s/ *Jacqueline M. James*
       Jacqueline M. James, Esq. (1845)
       The James Law Firm, PLLC
       445 Hamilton Avenue
       Suite 1102
       White Plains, New York 10601
       T: 914-358-6423
       F: 914-358-6424
       E-mail: jjames@jacquelinejameslaw.com
       *Attorneys for Plaintiff*

1